■ The People of the State of New York, Respondent, v Carlton Allen, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Monroe County Court (Elma A. Bellini, J.), rendered August 18, 2006. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Green and Pine, JJ.